E-Filed on:   8/17/06

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SAUMIL SHAH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE,<br><br>　　　　Defendant. | No. C-05-05347 RMW<br><br>ORDER OF DISMISSAL |

　　Plaintiff filed this action on December 23, 2005 against the Internal Revenue Service ("IRS"), but has never served the summons and complaint on the IRS. On May 18, 2006 the Honorable Richard Seeborg issued an order requiring plaintiff to appear on June 21, 2006 and show cause why the matter should not be dismissed for failure to prosecute. Plaintiff made no appearance. Therefore,

　　IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to diligently prosecute.

DATED:   8/16/06

_/s/ Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

ORDER OF DISMISSAL—No. C-05-05347 RMW
SPT

United States District Court
For the Northern District of California

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

Saumil Shah
142 North Milpitas Blvd
Milpitas, CA 95035

**Counsel for Defendant:**

None listed.

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated: 8/17/06** **SPT**
**Chambers of Judge Whyte**